203 P.3d 657

# SUPREME COURT OF HAWAI'I

Rapozo v. Better Hearing of Hawaii, LLC . . . . . . . . . . . . . . . . . . . . . . 27602  01/14/2009  Denied  119 Hawai'i 483, 199 P.3d 72